# Exhibit 9

to

**DECLARATION OF ASHIMA AGGARWAL**

in support of

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Photos of "Narcoleptic dog" in Wiley books:



Photos of Dr. William C. Dement in December 1987 edition of *National Geographic*:

