# Exhibit 14

to

**DECLARATION OF ASHIMA AGGARWAL**

in support of

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0000888299
Search Results: Displaying 1 of 1 entries



*The great dinosaur egg hunt / by Philip J. Currie ; photos by Louie Psihoyos.*

            **Type of Work:** Visual Material
**Registration Number / Date:** VA0000888299 / 1997-12-10
                  **Title:** The great dinosaur egg hunt / by Philip J. Currie ; photos by Louie Psihoyos.
            **Appears in:** National geographic, May 1996, p. 96-111
    **Copyright Claimant:** on photos; Louie Psihoyos, 1957-
       **Date of Creation:** 1996
   **Date of Publication:** 1996-05-01
              **Names:** Currie, Philip J.
                       Psihoyos, Louie, 1957-



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**Additional Certificate (17 U.S.C. 706)**
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 888-299

EFFECTIVE DATE OF REGISTRATION

12 / 10 / 97
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
THE GREAT DINOSAUR EGG HUNT

**NATURE OF THIS WORK ▼** See instructions
Photograph

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Vol. 189   Number ▼ No. 5   Issue Date ▼ May 1996   On Pages ▼ Geographic 96-111

**2 a**

**NAME OF AUTHOR ▼**
Louie Psihoyos

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1957   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

No claim to text, graphics or photographs attributed to others.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**3 a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ◀ Year in all cases.
1996

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 1   Year ▶ 1996
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Louie Psihoyos
c/o Weingrad & Weingrad
350 Fifth Avenue
New York, N.Y. 10118

**APPLICATION RECEIVED**
DEC 10 1997
**ONE DEPOSIT RECEIVED**
DEC 10 1997
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
PL000033    pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Weingrad & Weingrad, L.L.P.
Empire State Building
350 Fifth Avenue Suite 7720
New York, New York 10118-0165

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Louis Psihoyos___
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
STEPHEN A. WEINGRAD                                            Date▶ 12/5/97

☞ Handwritten signature (X) ▼

| Mail certificate to: | Name ▼ WEINGRAD & WEINGRAD, L.L.P. | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL 3 ELEMENTS IN THE SAME PACKAGE |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ EMPIRE STATE BUILDING<br>350 FIFTH AVENUE SUITE 7720 | 1. Application form<br>2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼ NEW YORK, NEW YORK 10118-0165 | MAIL TO:<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
March 1995—300,000   ♻ PRINTED ON RECYCLED PAPER                                                                       ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

PL000034