# Exhibit 16

to

**DECLARATION OF ASHIMA AGGARWAL**

in support of

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Copy of "8-foot long nesting dinosaur wrapped around at least 20 eggs" in Wiley books:



Copy of "Oviraptor Fossil Still protects Clutch of Eggs" in Science Faction's 2006 publication of Psihoyos photos, referenced in copyright registration VA 1-659-154:



{00430117;v1}